In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-237 CR


NO. 09-03-238 CR


____________________



RUSSELL WILLIAM HOPE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 86685 and 86527






MEMORANDUM OPINION (1)


 Russell William Hope was convicted and sentenced on two indictments for
aggravated robbery and robbery and was sentenced in each case to 10 years of confinement
in the Texas Department of Criminal Justice, Institutional Division. Hope filed notices of
appeal on May 12, 2003. In each case, the trial court entered a certification of the
defendant's right to appeal in which the court certified that this is a plea-bargain case, and
the defendant has no right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's
certifications have been provided to the Court of Appeals by the district clerk.

 On May 22, 2003, we notified the parties that the appeals would be dismissed unless
amended certifications were filed within thirty days of the date of the notices and made part
of the appellate records by June 21, 2003. See Tex. R. App. P. 37.1. The records have
not been supplemented with amended certifications. Because a certification that shows the
defendant has the right of appeal has not been made part of the record, the appeals must
be dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeals for want of jurisdiction.

 APPEALS DISMISSED.

 PER CURIAM


Opinion Delivered July 10, 2003

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.